U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   OCT - 3 2011
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30679

CV 10-899 - N

**SHARON ELLZEY,**

    Plaintiff - Appellant

v.

**CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS,**

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of September 30, 2011, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Angelique D. Batiste*
By: _____
Angelique D. Batiste, Deputy Clerk

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By: *Angelique Batiste*
     Deputy
New Orleans, Louisiana    SEP 3 0 2011

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 30, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 11-30679,   Sharon Ellzey v. Catholic Charities Archdiocese
        USDC No. 2:10-CV-899

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique D. Batiste, Deputy Clerk
504-310-7715

cc w/encl:
    Mr. Ralph Joseph Aucoin Sr.
    Mr. Richard Arthur Bordelon
    Mr. John Courtney Wilson

# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

No. 11-30679

Sharon Ellzey
*Plaintiff-Appellant*

v.

Catholic Charities Archdiocese
of New Orleans
*Defendant-Appellee*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
No. 10-899

MOTION TO DISMISS APPEAL

J Courtney Wilson LSBA 13561
1510 Veterans Blvd
Metairie, La 70005
(T) 504/832-0585
(F) 504/846-2400
Attorney for Appellant

MAY IT PLEASE THE COURT:

Plaintiff moves to dismiss her appeal.

> Respectfully submitted,
> /s/ J Courtney Wilson
> J Courtney Wilson LSBA 13561
> 1510 Veterans Blvd
> Metairie, La 70005
> (T) 504/832-0585
> (F) 504/846-2400
> Attorney for Appellant

Certificate

I certify that I have this date filed the above via ECF which automatically serves opposing counsel.

9/29/11                                        /s/ J Courtney Wilson 13561